UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA THOMAS<br><br>                         Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                         Defendant. | CASE NO.  10-05740 JRC<br><br>ORDER GRANTING REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. Section 405(g) |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 2; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before the Court on the Defendant's motion to remand the matter to the administration for a finding of disability and calculation of benefits, pursuant to sentence four of 42 U.S.C. §405(g) (ECF No. 16).

After reviewing the Defendant's motion and the remaining record, and having received no objection from Plaintiff, the Court GRANTS the Defendant's motion, and ORDERS that this

ORDER - 1

1  matter be reversed and remanded to the Commissioner of Social Security Administration for a

2  finding of disability and calculation of benefits, pursuant to sentence four of 42 U.S.C. §405(g).

3      Upon proper presentation, Plaintiff should be eligible for reasonable attorney's fees under

4  the Equal Access of Justice Act, 28 U.S.C. §2412.

5      DATED this 29th day of March, 2011.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2