U.S. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARBARA THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social Security Administration,<br><br>    Defendant. | CIVIL NO. C10-5740-JRC<br><br>ORDER On Equal Access to Justice Act FEES AND EXPENSES |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (See also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 2; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before this Court on parties' Stipulated Motion for Award of EAJA Fees and Expenses. (ECF No. 19.)

Based on the stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and plaintiff's EAJA petition and attorney declaration (see ECF Nos. 19, 20), it is hereby ORDERED that EAJA attorney's fees of $3,289.79, expenses in the amount of $17.13, and costs in the amount of $350, shall be awarded to plaintiff pursuant

ORDER RE EAJA FEES   - Page 1
[C10-5740-JRC]

to <u>Astrue v. Ratliff,</u> 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jeanette Laffoon, based upon plaintiff's assignment of these amounts to plaintiff's attorney. Any check for EAJA fees shall be mailed to plaintiff's counsel, Jeanette Laffoon, at 410-A South Capitol Way, Olympia, WA 98501.

DATED this 2nd day of May, 2011.

J. Richard Creatura
United States Magistrate Judge